UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

KEVIN GREEN,

                Petitioner,

                                                    9:05-CV-0483
                                                     (FJS/GHL)

       v.

MICHAEL RABIDEAU, Superintendent,

                Respondent.
_____

APPEARANCES:                          OF COUNSEL:

KEVIN GREEN, 02-B-0631
Petitioner Pro Se
Orleans Correctional Facility
35-31 Gaines Basin Road
Albion, New York    14411

HON. ANDREW M. CUOMO             CHELSEA CHAFFEE, ESQ.
Attorney General of the           Assistant Attorney General
  State of New York
120 Broadway
New York, New York    10271

**FREDERICK J. SCULLIN, JR., S.J.:**

### DECISION & ORDER

    Presently before the Court is Magistrate Judge George H. Lowe's January 23, 2007 Report-Recommendation in which he recommends that the Respondent's motion to dismiss be granted and the petition for a writ of habeas corpus be denied and dismissed. Judge Lowe's Report-Recommendation was mailed to Petitioner's last known address, but was returned to the Clerk's office marked "Moved, Left No Address." Failure to notify the Court of a

change of address as required by Local Rule 10.1(b) may result in dismissal of the action.  Therefore, in light of Petitioner's failure to notify the Court of his change of address, it is hereby

**ORDERED**, that the Report-Recommendation filed by Magistrate Judge George H. Lowe on January 23, 2007 is, for the reasons stated therein, **ACCEPTED** in its entirety; and it is further

**ORDERED**, that Respondent's motion to dismiss is **GRANTED**; and it is further,

**ORDERED**, that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED,** and it is further

**ORDERED**, that the Clerk of the Court is to enter judgment in favor of the Respondent and close this case.

**IT IS SO ORDERED.**

Dated: February 13, 2007
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge